## B. D. MARKS *v.* CHAS. A. GRAHAM.

[Abstract Kentucky Law Reporter, Vol. 2—222.]

**Taxation of Costs.**

The taxation of costs includes only costs incurred by the successful party. Each party is liable to the officer performing services for him, and in case of a successful result the costs so incurred are taxed against the adverse party.

**Fees for Transcript.**

The fees of the reporter for making transcripts are fixed by the judge and are payable by the party ordering the same; and a litigant who does not formally order a transcript but receives and uses it must pay for it, and if successful in the higher court such costs will be taxed against his adversary.

APPEAL FROM JEFFERSON COURT OF COMMON PLEAS.

February 8, 1881.

OPINION BY JUDGE COFER:

The appellant accepted and used as part of his bill of exceptions the transcript made by the appellee, and the statute is peremptory that the fees of the reporter for taking notes and making transcripts shall be fixed by the judge and paid forthwith by the party or

parties at whose instance the same was ordered. Whether the appellant formally ordered the transcript or not, the appellee made it and the appellant received and used it, and the substance and effect of the statute is that one who receives the work of the reporter and applies it to his purposes shall pay for it. We entertain no doubt of the power of the court to compel payment by rule as in any other case in which the allowance to an officer is to be made by the court.

The provision that the fee of a reporter shall be taxed in the costs can not apply when the person at whose instance the notes are taken or a transcript is made is the unsuccessful party in the action. The taxation of costs is never made to include anything except the costs incurred by the successful party. Each party is liable to the officer performing services for him, and in case he succeeds in the action the costs so incurred are taxed against the adverse party. If the appellant had prosecuted his appeal successfully, and had finally succeeded in the action, the allowance to the reporter for the transcript of the evidence would have been taxed in the cost against his adversary; but as that was not done there is no authority to tax it against them.

Judgment *affirmed*.

*Edwards & Seymour, for appellant.*

*Morris St. Joseph, for appellee.*